JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA, | Case No. 2:24-cv-09319-AB (AGRx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| RANCHEROS TACOS, INC.; TRUMAN PROPERTY, LLC; and DOES 1 to 10, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 24, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE